UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EMPLOYERS AND LOCAL 534 MEAT EMPLOYEES PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) Case No. 4:08-CV-38-JCH ) |
| vs. | ) ) |
| BIG H WAREHOUSE FOODS, LTD., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Plaintiffs, the Trustees of the Employers and Local 534 Meat Employees Pension Fund and the Trustees of the Employers and Local 534 Grocery Employees Pension Fund, filed this action pursuant to 29 U.S.C. §§185 and 1132. Defendant Big H Warehouse Foods, Ltd. was served with the summons and complaint on January 15, 2008 and has not responded.

Plaintiffs have established that defendant was party to a collective bargaining agreement which required the payment of contributions of $150.80 per month to the Meat Employees Pension Fund. Defendant failed to pay contributions for the months of August, September and October 2007, and therefore owes $452.40. Further, plaintiffs have incurred $965.62 in attorneys' fees and courts costs, for which defendant is liable.

WHEREFORE judgment is hereby entered in favor of plaintiffs and against defendant Big H Warehouse Foods, Ltd. in the amount of $1,418.02.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 3/11/08